**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02640-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

JEREMIAH MICHAEL STANFILL,

Plaintiff,

v.

NO NAMED DEFENDANT,

Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff, Jeremiah Michael Stanfill, is an inmate at Arkansas Valley Correctional Facility in Ordway, CO. Mr. Stanfill initiated this action by filing a "Writ of Replevin In Cepit (F.R.Civ.P., Rule 64)*" with the Court. As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted document is deficient as described in this Order. Mr. Stanfill will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Stanfill files in response to this Order must include the civil action number on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) X is not submitted
(2) __ is missing affidavit
(3) X is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (if filing a civil rights complaint)
(4) X is missing certificate showing current balance in prison account (if filing a habeas corpus application)
(5) __ is missing required financial information
(6) __ is missing an original signature by the prisoner
(7) X is not on proper form (must use the court's current form for filing prisoner complaints)
(8) __ names in caption do not match names in caption of complaint, petition or habeas application

(9) __ an original and a copy have not been received by the court. Only an original has been received.
(10) X other: Mr. Stanfill must pay the $350.00 filing fee plus a $50.00 administrative fee if he does not file a 28 U.S.C. § 1915 motion.

**Complaint or Petition**:
(11) X is not submitted
(12) X is not on proper form (must use the Court's current form)
(13) __ is missing an original signature by the prisoner
(14) __ is missing page nos. ___
(15) __ uses et al. instead of listing all parties in caption
(16) __ an original and a copy have not been received by the court. Only an original has been received.
(17) __ sufficient copies to serve each defendant/respondent have not been received by the court.
(18) __ names in caption do not match names in text
(19) __ other:

Accordingly, it is

ORDERED th at Mr. Stanfill cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Mr. Stanfill files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Mr. Stanfill shall obtain the Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Mr. Stanfill fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED September 27, 2013, at Denver, Colorado.

BY THE COURT:
s/Boyd N. Boland
United States Magistrate Judge