IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02640-BNB

JEREMIAH MICHAEL STANFILL,

    Plaintiff,

v.

NO NAMED DEFENDANT,

    Defendant.

## ORDER OF DISMISSAL

    Plaintiff, Jeremiah Michael Stanfill, is an inmate at Arkansas Valley Correctional Facility in Ordway, Colorado.  Plaintiff, acting *pro se*, initiated this action by filing a document with the Court on September 25, 2013.

    On September 27, 2013, Magistrate Judge Boyd N. Boland directed Mr. Stanfill to cure certain enumerated deficiencies in this action.  Mr. Stanfill was ordered to submit a Prisoner Complaint on the court-approved form.  He was also ordered to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 on the court-approved form or, alternatively, to pay the $400.00 administrative and filing fees applicable to the Prisoner Complaint.

    Mr. Stanfill filed an "Affidavit of Obligation and Notice of Termination/Reclamation" (ECF No. 4) and a Restricted Document (ECF No. 5) on November 4, 2013, but neither document meets the requirements of the September 27 Order.  Accordingly, the action will be dismissed.

    The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from

this order would not be taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and this action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for the failure of Plaintiff to comply with the Court's September 27, 2013 Order Directing Plaintiff to Cure Deficiencies. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. Mr. Stanfill may file a motion in the Tenth Circuit Court of Appeals.

DATED at Denver, Colorado, this  7th  day of    November   , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court